IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RICARDO MADRIZ,<br><br>   Defendant. / | No. CR 00-0532-07 MMC<br><br>**ORDER DENYING DEFENDANT'S APPLICATION FOR ORDER SEALING EXHIBITS; DIRECTIONS TO CLERK** |

Before the Court is "Defendant's Declaration and Application in Support of Order Sealing Exhibits" ("Application"), submitted November 28, 2011, by which defendant Ricardo Madriz seeks leave to file under seal copies of Exhibits X-1, X-2, and X-3 to defendant's motion to dismiss.

Because the subject documents, prior to having been given to defendant's counsel by the government, were redacted by the government to remove any potentially sensitive information, the Court hereby DENIES the Application..

The Clerk is DIRECTED to file the Application and Exhibits X-1, X-2, and X-3 in the public record.

**IT IS SO ORDERED.**

Dated: December 1, 2011

MAXINE M. CHESNEY
United States District Judge