MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BARBARA BRENNAN SILANO
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 00-0532 MMC |
|     Plaintiff, ) | [~~Proposed~~] Sealing Order |
| v. ) | |
| ) | Date: January 4, 2012 |
| RICARDO AGUILAR MADRIZ, ) | Time: 2:30 p.m. |
| ) | |
|     Defendant. ) | |

    Based upon the application of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Declaration of AUSA Silano in Support of the United States' Opposition to Defendant's Motion to Dismiss for Speedy Trial

///
///
///
///

[Proposed] Order to Seal Dec. Of AUSA Silano in Support of
United States' Opp. to Def.'s Mot. to Dismiss
for Violation of Right to Speedy Trial
US v. Madriz CR 00-0532 MMC    1

1 | Violation shall be sealed until further Order of the Court.

3 | DATED: December 14, 2011

HON. MAXINE M. CHESNEY
United States District Court Judge

27 | [Proposed] Order to Seal Dec. Of AUSA Silano in Support of
28 | United States' Opp. to Def.'s Mot. to Dismiss
for Violation of Right to Speedy Trial
US v. Madriz CR 00-0532 MMC                    2